AO 458 (Rev 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Hampshire

2011 OCT 31 P 12: 18

| | | |
|---|---|---|
| U.S. Bank National Association As Trustee | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:11-cv-00205-JD |
| David A. Boscarino, Patricia Boscarino, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David A. Boscarino and Patricia Boscarino

Date:   10/14/2011

*Attorney's signature*

James Romeyn Davis, Esq., NH Bar #589
*Printed name and bar number*

Sheldon, Davis, Wells & Hockensmith, P.C.
28 Middle Street, Keene, NH 03431
*Address*

jrdavis@sdwhlaw.com
*E-mail address*

(603) 355-4700
*Telephone number*

(603) 355-4800
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

~~Electronically Served Through ECF:~~

Conventionally Served: *[initials]*
Reneau J. Longoria, Esq.
100 Cummings Center, Suite 225D
Beverly, MA 01915

_____10/14/2011_____
Date

_____[signature]_____
Signature