UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Civil Action No.: 1:11-cv-00205-JD

```
*******************************************
U.S. BANK NATIONAL ASSOCIATION AS           *
TRUSTEE UNDER POOLING AND                   *
SERVICING AGREEMENT DATED AS OF             *
DECEMBER 1, 2006 MASTR ASSET-BACKED         *
SECURITIES TRUST 2006-HE5 MORTGAGE          *
PASS-THROUGH CERTIFICATES, SERIES           *
2006-HE5                                    *
                    Plaintiff,              *
v.                                          *
                                            *
DAVID A. BOSCARINO, PATRICIA                *
BOSCARINO, DECISION ONE MORTGAGE,           *
MORTGAGE ELECTRONIC REGISTRATION            *
SYSTEMS                                     *
                    Defendants.             *
*******************************************
```

## DEFAULT JUDGMENT

Defendants David A. Boscarino, Patricia Boscarino, Decision One Mortgage and Mortgage Electronic Registration Systems having failed to plead or otherwise defend this action and their default having been entered,

Now, upon application of plaintiff that David A. Boscarino, Patricia Boscarino, Decision One Mortgage and Mortgage Electronic Registration Systems has defaulted in any claim he/she/they may have to the cloud on title resulting from the issue created by the erroneously recorded discharge;

It is hereby ORDERED, ADJUDGED AND DECREED that default judgment be entered against David A. Boscarino, Patricia Boscarino, Decision One Mortgage and Mortgage Electronic Registration Systems and, further, that he/she/they have defaulted in any claim

he/she/they may have to the cloud on title resulting the issue created by the erroneously recorded discharge.

By the Court,

Dated: January 6, 2012

/s/ James R. Starr
Clerk